Case 2:23-cv-00174   Document 10   Filed on 11/28/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARGARITA "MAGGIE" ROBERTS, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | CIVIL ACTION NO. 2:23-CV-00174 |
| CITY OF CORPUS CHRISTI, TEXAS, *et al.*, | | |
| Defendants. | | |

## FINAL JUDGMENT

Pursuant to the Parties' Joint Stipulation of Dismissal (D.E. 9), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on November 28, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE